FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### I. CAPTION

Clarence Litchfield
(Enter the full name of the plaintiff or plaintiffs)

v.

Lehigh County Prison et al
The City of Allentown

(Enter the full name of the defendant or defendants)

### II. PARTIES

a. Plaintiff
   Full name: Clarence Vaiden Litchfield
   Prison Identification number: 208035
   Place of present confinement: Lehigh County Prison
   Address: 38 N. 4th Street Allentown P.A. 18101

   Place of confinement at time of incidents or conditions alleged in complaint, including address:
   Lehigh County Prison

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: Lehigh County Prison
      Place of employment and section or unit: 38 N. 4th St Allentown P.A.

   2. Full name including title: Kyle Russel Warden
      Place of employment and section or unit: L.C.P

   3. Full name including title: Janine Donate Director
      Place of employment and section or unit: L.C.P

   4. Full name including title: The City of Allentown
      Place of employment and section or unit: Allentown P.A

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

### III. PREVIOUS LAWSUITS

Instructions:

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____

Defendants _____

Issues: _____

_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____ Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)): Date: _____

Dismissed _____ Reason? _____

Judgment _____ In whose favor? _____

Pending _____ Current status? _____

Other _____ Explain _____

Appeal filed? _____ Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV   ADMINISTRATIVE REMEDIES

Instructions:

Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

3

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

    Type of procedure. (grievance, disciplinary review, etc.)

    _____

    Authority for procedure. (DC-ADM, inmate handbook, etc.)

    _____

    Formal or informal procedure. informal

    Who conducts the initial review? Warden

    What additional review and appeals are available? None

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

    On what date did you request initial review? Inter population

    What action did you ask prison authorities to take? To relax the lock down procedure

    What response did you receive to your request? Its being worked on.

    What further review did you seek and on what dates did you file the requests? None

    What responses did you received to your requests for further review?

    _____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?

    _____

4

V.     STATEMENT OF CLAIM

Instructions:

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

Sence I have entered the faulity I have been lock in a cell for 22 to 23 hrs a day for no reason. The all day cell confinement is torturous, I have pre-existing mental health disorder and this lock in a cell all day is making them worse. There is another unit in the jail that has 40 + 50 inmates not in their sleeping area all day, the rest of the state prison are no longer lock down and have group activity with contact vicits. This is a denial of Equal protection & cruel & unusual punishment deliberate indifferent to my mental health and the constitutional protections of 8th & 14th Amendment. My mental health is deteriating, Im having suicidication, night meares, Post tramatic Stress, major depression, extreeme parinoia, I can't sleep, take multiple psychotropical medication.

VI.     RELIEF

Instructions: *Briefly state exactly what you want the Court to do for you.*

Relief sought:

injuctive relief, monetary, compensatory, punitive, nominal damage, mental anguish, pain & suffering, distress, now and future in the amount of $5,000,000, mental health groups, To stop the restrictive lock down.

VII.     DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

11-1-21
DATE

Clarence Litchfield
SIGNATURE OF PLAINTIFF(S)

5

