FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

I. CAPTION

Clarence Vaiden Litchfield
(Enter the full name of the plaintiff or plaintiffs)

v.

Kyle Russel Warden    etal
Janine Donate Director    et al
Lehigh County Commisioner etal
(Enter the full name of the defendant or defendants)

Case No. 5:21-CV-5068-JDW

II. PARTIES

a. Plaintiff
Full name: Clarence V. Litchfield

Prison Identification number: 0208035  0208035

Place of present confinement: Lehigh County Prison

Address: 38 N. 4th St. Allentown P.A. 18101

Place of confinement at time of incidents or conditions alleged in complaint, including address:

LCP

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Kyle Russel Warden

   Place of employment and section or unit: LCP

2. Full name including title: Janine Donate Director

   Place of employment and section or unit: LCP

3. Full name including title: Commissioner

   Place of employment and section or unit: Lehigh County

4. Full name including title: Lehigh County Executive

   Place of employment and section or unit: Lehigh County

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

2

### III. PREVIOUS LAWSUITS

Instructions:

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs _____ Amending Complaint, Aprove ✗

Defendants _Forma Pauperis to proceed Pro Se._

Issues: _____

_____

Court: if federal, which district? _____

if state, which county? _____

Docket number: _____  Date filed: _____

Name of presiding judge: _____

Disposition: (check correct answer(s)): Date: _____

Dismissed _____ Reason? _____

Judgment _____ In whose favor? _____

Pending _____ Current status? _____

Other _____ Explain _____

Appeal filed? _____ Current status? _____

Additional lawsuits. Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV   ADMINISTRATIVE REMEDIES

Instructions:

Provide the information requested below if there is an administrative procedure to resolve the issues your raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. Describe the administrative procedures available to resolve the issues raised in this complaint:

Type of procedure. (grievance, disciplinary review, etc.)

Greivence, denied

Authority for procedure. (DC-ADM, inmate handbook, etc.)

_____

Formal or informal procedure. ?

Who conducts the initial review? Doug Mete

What additional review and appeals are available? Greivence to warden

b. Describe the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? Not sure

What action did you ask prison authorities to take? To be taken off the oppressive lock down

What response did you receive to your request? When it is deemed apropreate

What further review did you seek and on what dates did you file the requests? "1983"

What responses did you received to your requests for further review?

_____

c. If you did not follow each step of the administrative procedures available to resolve the issues raised in this complaint explain why?

_____

4

## V.      STATEMENT OF CLAIM

Instructions:

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statues. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of Claim:

I was confined in the LCP do to my inability to afford the monetary bail requirement for pretrial liberty, sence August 31, 2021, It is now Febuary 25, 2022. During this entire time the Lehigh County Jail has implimitted, a super restrictive lock down procedure in the name of covid measures. Restrictive confinement by nature is a punishment use to deter negative behavor amonst many other things. The Beura of Prison issue covid guid line's to be followed, which most institution attempted to reflect. Those guidline's was to cut off all neccary staff, no congregational movements in a attempt to stop a viral spread. Which was an attemp at social distuning. The restrictive cell confine was issue upon the Identification of covid, and to be for 14 to 21 days. 22 to 23 hrs a day. Higher quality of food.

## VI.      RELIEF

Instructions: *Briefly state exactly what you want the Court to do for you.*

Relief sought:

Seek relief fore Mental aguish, pain and suffering, durress compensatory, punitive, monetary, nominal in the amount of $10,000,000 and injuctive relief, to be taken of this tourturous lock down, mental health groups, religouse service, 1 contact visit a month.

## VII.      DECLARATION AND SIGNATURE

I (we) declare under penalty of perjury that the foregoing is true and correct.

_____2-27-22_____          _____Clarence Litchfield_____
DATE                        SIGNATURE OF PLAINTIFF(S)

5

Do to the psychological effect of restrictive confinement The BOP or any facility had that in mind. LCP has had 3 "actual" found none responsive's "Suicides since these lock down measure have been in place for two years, not 14 days or 21 but 2 years. As a Warden, Director, they should have been aware of the devistating effects of imposing involuntary long term confinement. Several other inmate's where found hanging in their cells, but saved by staff or other inmates. Pretrical confinement should never impose medical treatment nor exacerbate those that are pre-existing. I suffer from pre-existing mental health disorder's which have been exacerbate do to this restrictive confinement Nightmares, extreme paranoia, scuicdalation, homesicidal thoughts, extreme depression, anxiety, P.T.S. I have not been duly convicted of any crime nor have I comitted any institutional infractions warranting solitary confinement. The restrictive nature of solitary confinement is the punishment use to deter negative behavior of prisoner's, not the name!!! Covid measure as a name does not change the psychological harmfull effects of the confinement. Which is as logical as the government putting Jewish people in a consertration camp, but telling them it's a protective measure! This is a reckless disregard for the health of the inmate confined in this institution, and the deliberate indifference of my constitutional protection Due Process (14th Amendment) Cruel and unusual Punishment (8th) This tourchous confinement is upon the legally innocent. Now I have to be proven innocent to be free of punishment, what should never happen. A policy has the ability to be a defacto punishment order without the intent to punish, but having knowledge of the effect of the policy. The Commissioner of Lehigh County is the employer of the LCP staff. They fail to adequitly train their staff on the protection of civil rights. and are all held accountable in their official compacity. As a Pro Se litigan I should not be held to the legal standard of a practicing attorney. I sited the city of Allentown under the presumption they where the employer of LCP. Seek accountab-ity for their employer (LCP). Which should have been conscrued to read so.



NAME: Clarence Litchfield  #0208035
LEHIGH COUNTY JAIL
38 NORTH 4TH STREET
ALLENTOWN, PA 18102-3489

LEHIGH VALLEY PA 180
28 FEB 2022 PM 2 L

Office of The Clerk
United States District Court
Philadelphia, PA 19106-9865

RECEIVED
MAR -2 2022

U.S.M.S. X-RAY