# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLARENCE VAIDEN LITCHFIELD, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 5:21-cv-5068-JDW |
| | : | |
| LEHIGH COUNTY PRISON, *et al.* | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 6th day of May 2022, upon consideration of Plaintiff Clarence Vaiden Litchfield's Amended Complaint (ECF No. 8), it is **ORDERED** as follows:

1. For the reasons stated in the accompanying Memorandum, the Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b)(1);

2. The Court will not grant Mr. Litchfield leave to file a second amended complaint; and

3. The Clerk of Court mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**